UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES N. STRAHAN, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO.: 17-6026** |
| **BUNGE NORTH AMERICA, INC.** | **SECTION: "F" (3)** |

## ORDER

Considering the foregoing Consent Motion For Leave to File Amended Complaint for Damages to Add Additional Party:

**IT IS ORDERED** that leave is granted and that the Amended Complaint for Damages which joins a non-diverse defendant be and hereby is filed;

**IT IS FURTHER ORDERED** that the matter be and hereby is remanded to the state court from which it was removed.

This 21st day of July, 2017.

*/s/ Martin L. C. Feldman*
**HON. MARTIN L. C. FELDMAN**